**98–1344.  Stover v. State Farm Ins. Co.**

Seneca App. No. 13–98–12.  This cause is pending before the court as an appeal from the Court of Appeals for Seneca County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–54.  State ex rel. Slough v. Indus. Comm.**

Franklin App. No. 97APD08–1000.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  It appears from the records of this court that appellant has not filed a merit brief, due April 6, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–462.  State ex rel. Swindle v. Indus. Comm.**

Franklin App. No. 97APD11–1561.  This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, April 20, 1999*

## MISCELLANEOUS DISMISSALS

**99–266.  State v. Lantz.**

Perry App. No. CA992.  This cause is pending before the court as an appeal from the Court of Appeals for Perry County.  It appears from the records of this court that appellant has not filed a merit brief, due March 22, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Wednesday, April 21, 1999*

## MERIT DOCKET

**98–1017.  State ex rel. Eckstein v. Midwest Pride IV, Inc.**

Fayette App. Nos. CA97–03–007 and CA97–04–011.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed as moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–141.  Pankey v. Ohio Adult Parole Auth.**

Franklin App. No. 98AP–1120.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent.

**99–177.  Harless v. State.**

In Habeas Corpus.  *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–332.  State ex rel. Taylor v. Burt.**

In Procedendo.  On motion to dismiss.  Motion to dismiss sustained.  Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.